UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>TORMROCK L.L.C.,<br><br>    Defendant. | Case No. 21-cv-09550-TLT<br><br>**ORDER DISMISSING ADA CLAIM WITHOUT PREJUDICE AND DECLINING SUPPLEMENTAL JURISDICTION OVER UNRUH ACT CLAIM**<br><br>Re: ECF No. 39 |

Plaintiff filed an indication of mootness of his Americans with Disabilities Act ("ADA") claim for injunctive relief. ECF No. 39. Plaintiff also indicates that he has no objection to the Court declining supplemental jurisdiction over the remaining Unruh Act claim. *Id*. at 2. Accordingly, Plaintiff's ADA claim is DISMISSED WITHOUT PREJUDICE. With no objection from Plaintiff, the Court DECLINES supplemental jurisdiction over the remaining Unruh Act claim, which is DISMISSED WITHOUT PREJUDICE. *See* 28 U.S.C. § 1367(c)(3). The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: November 3, 2022

TRINA L. THOMPSON
United States District Judge